```
FILED
May 4, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) <br> ) <br> Plaintiff,            ) <br> v.                     ) <br> ) <br> JENNIFER FINNEY,            ) <br> ) <br> Defendant.           ) | CASE NUMBER: 2:10-mj-00125-KJN <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Jennifer Finney</u>; Case <u>2:10-mj-00125-KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __   Release on Personal Recognizance

     __   Bail Posted in the Sum of _____

     _X_  Unsecured Appearance Bond in the amount of <u>$25,000.00 co-signed</u>

            <u>by close of business on 5/7/2010 by Kathy Conklin.</u>

     __   Appearance Bond with 10% Deposit

     __   Appearance Bond secured by Real Property

     __   Corporate Surety Bail Bond

     _X_  (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>May 4, 2010</u> at <u>2:45 pm</u>.

By _____
Kendall J. Newman
United States Magistrate Judge